# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, ) | Civil No. 07cv563 DMS (NLS) |
| ) | |
| Plaintiff, ) | **ORDER DENYING WITHOUT** |
| v. ) | **PREJUDICE JOINT MOTION FOR** |
| ) | **PROTECTIVE ORDER** |
| EDIRECTSOFTWARE, a Canadian ) | |
| partnership; JESSE WILLMS, an individual; ) | [Doc. No. 21] |
| LINDA WILLMS, an individual; MICHAEL ) | |
| CALLAWAY, an individual; 1016363 ) | |
| ALBERTA LTD., a Canadian corporation; ) | |
| 1021018 ALBERTA LTD., a Canadian ) | |
| corporation; and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties filed a joint motion for a protective order. The Court contacted the parties to inform them that the Court requires the inclusion of specific language in the protective order. The Court, therefore, **DENIES without prejudice** the parties' joint motion for a protective order. The parties may lodge their revised proposed protective order directly with chambers.

**IT IS SO ORDERED.**

DATED: December 3, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge